**UNITED STATES of America, Plaintiff–Appellee**

v.

**Juan Carlos DIAZ–ITURRINO, Defendant–Appellant**

No. 16–40069

Summary Calendar

United States Court of Appeals, Fifth Circuit.

Date Filed: 09/26/2016

---

Renata Ann Gowie, Assistant U.S. Attorney, Houston, TX.

Juan Carlos Diaz–Iturrino, Philipsburg, PA, Pro Se.

Before REAVLEY, OWEN, and ELROD, Circuit Judges.

PER CURIAM: *

The Federal Public Defender appointed to represent Juan Carlos Diaz–Iturrino has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and *United States v. Flores,* 632 F.3d 229 (5th Cir. 2011). Diaz–Iturrino has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.